**Order filed May 30, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00363-CV

———————

**CHRISTINE JURZYKOWSKI, Appellant**

**V.**

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY AND THE CITY OF WEATHERFORD, Appellee**

**On Appeal from the 261st District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-17-006389**

## O R D E R

Appellant's brief was due May 20, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **July 1, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM